# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

CAROLYNN COMSTOCK,

Plaintiff,

v.

MICROSOFT CORPORATION, et al.,

Defendants.

Case No.: TBD 26-1266 (PAD)

## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

(FRCP 65 – Irreparable Harm to Minor Child – Immediate Action Required)

**Re: Long-Term, Irreversible Nerve Damage and Imminent Loss of Arm and Half of Face to 12-Year-Old Minor Child R.R. Due to 8-Month Federally Defaulted Kidnapper and 12 month civilly Defaulted Kidnapper**

COMES NOW Plaintiff Carolynn Comstock, proceeding pro se as Successor-in-Interest, and respectfully moves this Court pursuant to Federal Rule of Civil Procedure 65 for an immediate Temporary Restraining Order without notice and a Preliminary Injunction to protect the minor child R.R. (age 12) from further catastrophic, life-altering, and potentially permanent physical mutilation.

## I. EXTREME URGENCY – EVERY DAY IS A TICKING CLOCK

Wednesday, April 22, 2026, the minor child R.R. was evaluated by Dr. Tse, an orthopedic "hyper-specialist" at Seattle Children's Hospital who treats only severe,

long-term nerve injuries in children that are not congenital. Dr. Tse diagnosed R.R. with advanced Horner's syndrome caused by prolonged, untreated nerve damage to his face and arm.

This is not speculative. R.R. now faces:

- Total loss of function and control over half his face (inability to blink, drooling, drooping mouth, loss of sensation in lips/mouth);
- Permanent dead-arm -complete loss of use of one arm, frequently resulting in amputation in children;
- Irreversible nerve damage that has already progressed for 16 months (symptoms documented since December 2024).

The rehabilitation required, even with immediate surgery, takes years of intensive occupational and physical therapy. The 8+ months since the federal defaults were entered (August 19 and 26, 2025) has pushed R.R. to the edge of permanent disfigurement and disability.

This harm is 100% preventable and directly traceable to the racketeering enterprise's protection of the defaulted kidnapper.

## II. FACTUAL BACKGROUND

1. **Karl John Reinke is federally defaulted in this RICO action for racketeering and kidnapping (defaults entered August 19, 2025 against Reinke and August 26, 2025 against Knauf Santos Law PLLC).**
2. Reinke has zero custodial rights. He is a documented severe alcoholic and opiate addict with a history of neglect and abuse.
3. Reinke and his attorney Erica Knauf Santos (also federally defaulted) have actively blocked the child's sole protective parent from any medical care since **January 2023**.
4. **The Western District of Washington (Case No. 2:26-cv-01307-RAJ) closed the prior action at 4:30 p.m. today without entering the uncured defaults and with total indifference to the child's imminent maiming.**
5. The racketeering enterprise (including all named Defendants) has laundered void state orders, obstructed federal defaults, and enabled Reinke to continue

holding R.R. for eight full months after default — directly causing the current medical crisis.

## III. LEGAL STANDARD AND ENTITLEMENT TO RELIEF

Plaintiff easily satisfies all four factors under FRCP 65 and Ninth Circuit law:

- **Likelihood of Success on the Merits:** Reinke is already in uncured federal default for RICO and kidnapping. The enterprise's predicate acts are undisputed on this record.
- **Irreparable Harm:** Irreversible nerve damage, loss of arm function, and facial disfigurement to a 12-year-old child is the textbook definition of irreparable harm. The clock on nerve recovery has nearly expired.
- **Balance of Equities:** The harm to R.R. vastly outweighs any minimal inconvenience to a defaulted kidnapper.
- **Public Interest:** Protecting a defenseless child from preventable mutilation by a federally defaulted racketeer strongly serves the public interest.

## IV. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court immediately:

1. **Issue a Temporary Restraining Order** without notice directing the United States Marshals Service to immediately remove the minor child R.R. from the custody of Karl John Reinke and transfer him to the physical custody of his maternal grandmother, Carolynn Comstock (Plaintiff), at 360-299-3809.
2. **Grant a Preliminary Injunction** maintaining R.R. in the custody of his sole protective family pending final resolution of this RICO action and enforcement of the federal defaults.
3. **Authorize Plaintiff's daughter** (R.R.'s mother and sole legal custodian) to immediately file for any necessary parenting plan or custody order in an appropriate jurisdiction free from the poisoned King County environment.
4. Order any and all other relief the Court deems necessary to prevent further irreparable harm to the minor child, including expedited enforcement of the August 19 and 26, 2025 federal defaults.

This motion is brought on an emergency basis because every single day of continued exposure to the defaulted kidnapper brings R.R. closer to permanent loss of an arm and half his face.

Respectfully submitted this 23rd day of April, 2026.


/s/ Carolynn Comstock

/s/ Carolynn Comstock
Carolynn Comstock
Plaintiff, Pro Se
2507 Bryce Ct
Anacortes, WA 98221
(360) 299-3809

carolynncomstock@gmail.com