# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

CAROLYNN COMSTOCK

Plaintiff,

v.

KNAUF SANTOS LAW PLLC (alter ego of Erica Knauf Santos), KARL REINKE, JULIE POSTMA, KATHLEEN DEMARIA, KING COUNTY SUPERIOR COURT AND CHIEF ADMINISTRATOR LINDA RIDGE PLUS DOES 1-100, KING COUNTY FAMILY COURT SERVICES VIA DIRECTOR TRACEY WHITE PLUS DOES 1-10,  KING COUNTY PROSECUTORS OFFICE AND LEAD PROSECUTOR LEESA MANION PLUS DOES 1-50, CITY OF SEATTLE ATTORNEY'S OFFICE VIA ANN DAVIDSON PLUS DOES 1-50, SEATTLE POLICE DEPARTMENT PLUS DOES 1-100, FOX NEWS NETWORK LLC and DAVID ROSE, JUDGE MATTHEW J. KACSMARYK (NDTX), MICROSOFT CORPORATION, OPENAI LLC, ANTHROPIC PBC, GOOGLE LLC, META PLATFORMS INC., THE SEATTLE PUBLIC SCHOOL DISTRICT, AMAZON.COM INC., SNOWFLAKE INC., THE TRAVELERS INDEMNITY COMPANY, SEATTLE CHILDREN'S HOSPITAL, KARIN YOUNG, JILL IRVINE, JUDY ROLLER, EVELYN JOHNSON, CRAIG STAHL, PERKINS COIE LLP, GORDON REES SCULLY MANSUKHANI LLP, ORRICK HERRINGTON & SUTCLIFFE LLP, DAVIS WRIGHT TREMAINE LLP, WILSON SONSINI GOODRICH & ROSATI LLP, BETTS PATTERSON & MINES P.S., APPLE INC., LINKEDIN CORPORATION, INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM), MISAKA, YAHOO INC., SPACE EXPLORATION TECHNOLOGIES CORP. (SPACEX), ELON MUSK, SEATTLE PUBLIC SCHOOL SYSTEM, SEATTLE CHILDREN'S HOSPITAL and DOES 1-200,

Defendants.

Cause No: 3:26-cv-01266-PAD

COMPLAINT

DEMAND FOR JURY TRIAL

Plaintiff, mother of Ingrid Johnson and Successor in Interest, brings this action individually and on behalf of her family, Jim Owen, her spouse, RR her grandchild, and Ingrid Johnson, her daughter.

Plaintiff has paid for every expense, device, housing, legal cost, and necessity incurred by Ingrid Johnson and the minor child RR since the enterprise began. Plaintiff was the initial co-plaintiff in the King County Superior Court case (25-2-11385-0) in which Karl Reinke defaulted on May 14, 2025 at 12:01 a.m. Plaintiff owns and pays for all hacked devices (including all iPhones and RR's devices) on a monthly basis. Because Ingrid Johnson is illegally labeled vexatious, Plaintiff has been forced to delay her own hip replacement, shoulder replacement, and two cataract surgeries. Plaintiff's spouse (stepfather) has suffered severe cardiac issues since January 2025 caused by the constant stress of supporting the family through remodeling work while being harassed, isolated, and surveilled by police. The family is being extorted in a wildly illegal state-court matter; if the demanded amount is granted, Plaintiff and her spouse will lose their home despite having no contract or legal relationship with the underlying plaintiffs.

Ingrid Johnson has transferred her entire interest in all unheard and uncured RICO defaults via notarized sworn affidavit to Plaintiff. Ingrid Johnson will join as co-plaintiff once the fraudulent vexatious-litigant order is stricken; she does not appear as a plaintiff in this filing so as not to taint these proceedings.

JURISDICTION AND VENUE

1. This Court has original federal-question jurisdiction pursuant to 18 U.S.C. §§ 1961–1968 (RICO) and 28 U.S.C. § 1331.

2. Venue is proper in the District of Puerto Rico under 18 U.S.C. § 1965(a) because multiple defendants transact substantial business in this District, including but not limited to Microsoft Corporation, Google LLC, Meta Platforms Inc., Amazon.com Inc., Apple Inc., Snowflake Inc., OpenAI LLC, Anthropic PBC, and LinkedIn Corporation, each of which maintains users, data flows, cloud infrastructure, advertising revenue, and commercial operations that reach Puerto Rico and the U.S. territories. The enterprise's pattern of racketeering activity (including corporate surveillance via Azure, LinkedIn, Snowflake AI Data Lake, and cross-LLM data sharing) affects interstate and foreign commerce that is felt directly in this District.

3. Further, 18 U.S.C. § 1965(b) and (c) authorize nationwide service of process and venue in any district where the ends of justice require when, as here,

defendants reside, are found, have agents, or transact business in multiple districts. The ends of justice manifestly require venue in this District because the Western District of Washington (WDWA) and Eastern District of Washington (EDWA) have been rendered impossible forums: both districts previously dismissed or transferred related RICO and habeas filings as "moot," "futile," or under a fraudulent vexatious-litigant order; Judge John H. Chun (WDWA) sua sponte dismissed the federal RICO action during Fifth Circuit exclusive jurisdiction while ignoring an uncured federal default; Chief Judge Stanley Bastian (EDWA) issued personal and inexplicable attacks on Plaintiff; and the entire Washington federal judiciary has been tainted by the enterprise's ultra vires acts, docket stalking, and judicial laundering of void state orders. No fair or neutral adjudication is possible in either Washington district.

4. Puerto Rico is therefore the only available federal forum in which the enterprise can be fully adjudicated, because it is the farthest away physically from the technical centers of power and therefore non-conflicted by their presence.

5. Plaintiffs chose Puerto Rico after careful consideration because of the Black Letter Law Discipline of this body. This Federal Court runs with constitutional integrity, and that is what this case requires.

## GENERAL ALLEGATIONS – THE ENTERPRISE

This is a single association-in-fact RICO enterprise whose purpose is to seize and retain custody of minor RR, destroy Ingrid Johnson and her family financially and reputationally, weaponize courts and police, and deploy corporate surveillance to silence a federal whistleblower. The enterprise operates through four coordinated tracks that have caused Plaintiff and her family catastrophic harm.

## TRACK 1 – STATE ACTORS & CUSTODY/KIDNAPPING SCHEME

On or around January 2025 through April 3, 2025, Knauf Santos Law PLLC and Erica Knauf Santos daily monitored King County Superior Court dockets using Plaintiff's name, located the unrelated California eviction proceeding involving Julie Postma and Kathleen DeMaria, and provided unsolicited material assistance by emailing the eviction attorney, supplying the Knauf Santos/Reinke case number, flagging that child RR lived at the property, coordinating to protect Reinke's custody interests, and confirming they had listened to the February 18, 2025 eviction hearing. On April 3, 2025, Postma physically assaulted Plaintiff's daughter (age 42), and Postma and DeMaria rented three commercial "Waste Disposal" trucks and maliciously smashed, broke, kicked, poured liquids, extinguished cigarettes, and poured beer on nearly every belonging owned by Ingrid Johnson, her daughter, and RR while harassing Plaintiff and her spouse

during their attempt to salvage items with their own rented truck; they bragged of working with Knauf Santos and Reinke.

The eviction was executed without proper service after the lease legally ended August 31, 2025 and was used as leverage for a $60,000 extortion demand. On April 8, 2025, Seattle PD officers (after live coordination with Reinke/Knauf side) refused Plaintiff's family's two-hour-prepared packet of 20+ criminal allegations, responded with hostility and arrest threats, then immediately called Knauf Santos to mock Johnson and label her "crazy" on body-worn video, and closed the matter only as a "Supervisor Action" (founded OPA report confirms collusion from SPD with Knauf Santos and Reinke from April 8th 2025 onward).

Erica Knauf Santos sent the April 8 email in already filed exhibits admitting all of the above and threatening to weaponize body-cam footage. On April 9, 2025, Reinke and Knauf Santos filed ex parte without notice using the orchestrated eviction as leverage to strip custody to every-other-weekend only, ignoring Washington "Keeping Families Together" bill and Plaintiff's pre-rented month-long Airbnb less than two miles from RR's school.

On April 25, 2025, Reinke (drunk, with history of CPS/medical neglect including 2024 orbital concussion)was angered that Johnson had to pick up RR to take him for medical treatment, so he sobered up and arrived at Seattle Children's Hospital 3

hours later. Not to treat RR's painful Harlequin rash (Horner's Syndrome) but to have daughter Johnson arrested on fabricated DVPO/kidnapping claims; Johnson was jailed overnight and Reinke removed RR against medical advice.

April 26 text from RR (rash worse) was last contact Johnson has had with her child (now over one year separation). On May 14, 2025, Reinke defaulted in the civil case at 12:01 a.m.; the court ignored the uncured default, refused summary judgment, and allowed ultra vires continuation of Judge Cary's family-law case. On June 26, 2025, Judge Cary scheduled a mandatory in-person weapons surrender hearing for Johnson (who owns no weapons) as set up for illegal arrest. Habeas in WDWA was ignored.

On July 5, 2025, Johnson fled alone to Canyon, Texas. On July 9, 2025, Cary (stripped of jurisdiction) issued a void vexatious litigant order; Knauf Santos transmitted it to NDTX on July 18, 2025. Judge Kacsmaryk ignored all filings/IFP/RICO evidence, laundered the vexatiousness label in a Rooker Feldman catastrophe, transferred the case back to WDWA, and defamed Johnson.

On August 19, 2025, Reinke entered CR55 default in the federal RICO case; WDWA Judge Chun dismissed sua sponte before default could be filed, purposefully locking Johnson out of PACER access to file the default before he

dismissed the Federal RICO case with a defaulted predicate without so much as a motion or hearing (first time in 60+ years of RICO LAW). On August 20th 2025.

On August 21st, 2025, Leesa Manion (named RICO defendant) filed impossible felony harassment charges; Johnson received $150,000 bail. They accuse Johnson of harassing Reinke (stating he has no custody of their son) and making false claims to officers of the law (telling them Reinke has no custody of their son), as well as other fabricated and bizarre acts like placing a tracking device on Reinke's car and ridiculous and impossible threats that Reinke claimed to be from Johnson's phone.

Because of Chun's illegal dismissal, jurisdiction reverted back to the NDTX. Where he refused to try to understand anything he was legally obligated to do and threatened and defamed Johnson, again. She filed a Fifth Circuit appeal which was officially noted September 2/docketed September 5th 2025.

Johnson's Felony Charges ignored the fact that she had a Fifth Circuit Appeal against Actors in King County Superior Court and ignored the fact that Reinke was in Federal Default. Johnson's Fifth Circuit Appeal was titled "JOHNSON V KING COUNTY SUPERIOR COURT." Nonetheless, Manion pushed the prosecution through, and Johnson was "arraigned" September 16 (post-jurisdiction), Despite

three attempts from her public defender to induce her to illegal arrest, she did not attend the arraignment.

In addition, Judge Cary conducted ultra vires trial September 22-23 issuing no-contact/child-support/ankle-bracelet orders, again usurping the Fifth Circuit Jurisdiction and ignoring her own loss of Jurisdiction that was automatic on May 14th 2025. The participants in the trial?

Judge Cary

Karl Reinke (Federally defaulted, RICO KIDNAPPING etc)

Knauf Santos (Federally defaulted, RICO KIDNAPPING etc)

## TRACK 1 – STATE ACTORS & CUSTODY/KIDNAPPING SCHEME

SPD laundered the warrant into the NCIC database, rendering Johnson a fugitive in every jurisdiction. Family Court Services Director Tracey White ignored more than ten mandatory reporters and clinicians, including Dr. Tony Woodward (Head of Emergency Medicine at Seattle Children's Hospital), RR's lifelong pediatrician (former Director of Children's Hospital Neighborhood Clinics), Harborview Trauma Center for Children, Sound Medicine Director Louisa Hall (official partner of the Seattle School System), prior police reports, and DCYF statements explicitly informing Knauf Santos that eight-year-old RR smashing his head on the ground

and stating "I don't care if I die" (stemming from terror of returning to his father after a days-long blackout) was not a joke and required immediate mental-health intervention. Director White nevertheless submitted a glowing report in favor of Reinke to the sham family-law trial conducted under Judge Monica Cary in September 2025. SPD Detective Alan Richards terrorized Plaintiff's ninety-year-old hard-of-hearing mother in an assisted-living facility, refused to sign in, interrogated her alone for nearly an hour while threatening Johnson's arrest, then illegally surveilled Plaintiff's home in Anacortes (peeking through windows, falsely claiming an active warrant on video for over nine minutes), obtained the warrant, sent Johnson a screenshot of the private NCIC database showing the $150,000 warrant, and texted her directly purporting to instruct the U.S. Marshals to "keep an eye out for her" along with additional threats. On March 22, 2025, Fox News Channel 13 and David Rose broadcast Johnson as a fugitive using her married-name driver's-license photo to approximately 500,000 viewers in the Seattle area and refused to retract the story after being informed of the facts, including Reinke's federal default for kidnapping; the defamatory broadcast remains permanently available online.

**TRACK 2 – CORPORATE SURVEILLANCE CARTEL**

On July 5, 2025—the exact day Johnson relocated to Canyon, Texas and immediately after she self-identified as a federal whistleblower—Lucas Meyer, Head of Microsoft Semantic Kernel under Brad Smith's AI for Good Labs, executed a targeted VPN Australia hook into Plaintiff's personal iPhone through Azure cloud infrastructure and the LinkedIn mobile application. The surveillance escalated to physical disk-level rewriting of the device hardware, rendering any factory reset or remediation impossible. Plaintiff extracted metadata from her OpenAI ChatGPT account and discovered engineer names from Google, Meta, Amazon, and other entities. Following a ten-month investigation, Plaintiff—an expert AI recruiter who briefly dated Lucas Meyer several years earlier—concluded that the corporate defendants operate as a single data-sharing cartel. Large language models have existed for only approximately three and a half years. Their underlying mathematics consist of a vast latent space containing topic-specific graphs that must be meticulously tuned. The companies shortcut this arduous process by sharing all user data (PII, medical records, and child location data) through Snowflake's AI Data Lake, including its China instance. Plaintiff's obsessive use of GPT on the single topic of "return my child" inadvertently created a detectable personal graph within the latent space. As a result, her name and RR's name appear across Grok, Claude, Perplexity, Mistral, Gemini, Zhipu, and Qwen. The enterprise's fifteen-minute real-time location pings of twelve-year-old RR

constitute explicit warnings that the defendants know precisely where he is and intend for Plaintiff to know they are monitoring him.

## TRACK 3 – LAW-FIRM OBSTRUCTION SHIELD

Perkins Coie LLP, Gordon Rees Scully Mansukhani LLP, and Orrick Herrington & Sutcliffe LLP illegally appeared and moved for dismissal in the noticed RICO mirror-image case (formally noted to the Fifth Circuit for federal consolidation) while the Fifth Circuit exercised exclusive jurisdiction; they appeared on behalf of Google, Meta, and LinkedIn but filed no response or appearance in the original RICO action. Dallas LePierre of the City of Seattle Attorney's Office, acting as a third-party non-party, performed an illegal fraudulent removal in direct violation of *Home Depot v. Jackson*. Davis Wright Tremaine LLP, Wilson Sonsini Goodrich & Rosati LLP, and Betts Patterson & Mines P.S. illegally filed into the King County Superior Court case that had no jurisdiction; that matter was merely a noticed and paid-for counterclaim/consolidation awaiting conclusion of the Fifth Circuit proceedings. Chief Judge Stanley Bastian of the Eastern District of Washington issued unacceptable and personal attacks blaming Plaintiff, who had not appeared because the proceedings were overtly ultra vires, moot, and corrupt, thereby rendering the Eastern District of Washington an unusable forum.

## TRACK 4 – FINANCIAL / MEDICAL / FAMILY ENABLERS

The Travelers Indemnity Company, policy holder for the landlord-tenant insurance policy of Kathleen DeMaria and Julie Postma, received and completely ignored Plaintiff's June 2025 claim for the April 3, 2025 violent eviction and property destruction damages (approximately $65,000 owed before full assessment), providing no response and making no payment. Seattle Children's Hospital produced inaccurate medical records that benefited Karl Reinke despite the hospital's long-standing record of filing CPS reports against him for medical neglect and threatened to call police on Plaintiff for ensuring RR received treatment.

Seattle Public Schools have long been colluding with Knauf Santos and Reinke and refused to acknowledge the legal reality of both the civil and Federal Defaults and to answer subpoenas. In writing, through an independent law firm.

Karin Young (Reinke's sister), Jill Irvine (Reinke's girlfriend), and Judy Roller (Reinke's mother) aided and abetted the kidnapping of RR and removed him from the United States despite Plaintiff's specific instructions not to do so, constituting aggravated kidnapping and direct violations of the Hague Convention. Evelyn Johnson and Craig Stahl threatened to, and then did, provide material evidence and assistance to Erica Knauf Santos to ensure the illegal eviction occurred.

CAUSES OF ACTION

**Predicate Act 1** – Assault, Violent Illegal Eviction, Malicious Destruction of Property, Trespass to Chattels, Conversion (April 3, 2025, Anacortes, WA)

Violates: 18 U.S.C. § 1951 (Hobbs Act Extortion), 18 U.S.C. § 1343 (Wire Fraud – coordination emails), 18 U.S.C. § 241 (Conspiracy Against Rights).

Responsible Defendants: Knauf Santos Law PLLC, Karl Reinke, Julie Postma, Kathleen DeMaria.

**Predicate Act 2** – Wire Fraud & Interstate Collusion (January 2025–April 8, 2025, WA-CA)

Violates: 18 U.S.C. § 1343 (Wire Fraud).

Responsible Defendants: Knauf Santos Law PLLC, Karl Reinke.

**Predicate Act 3** – Obstruction of Justice, Official Misconduct, Conspiracy to Deprive Civil Rights (April 8, 2025, Seattle PD HQ)

Violates: 18 U.S.C. § 1512 (Witness Tampering / Obstruction), 18 U.S.C. § 241 & § 242 (Conspiracy Against Rights / Deprivation Under Color of Law).

Responsible Defendants: Seattle Police Department, Knauf Santos Law PLLC, Karl Reinke.

**Predicate Act 4** – Witness Tampering / Intimidation / Retaliation (April 8, 2025 and ongoing)

Violates: 18 U.S.C. § 1512 (Witness Tampering), 18 U.S.C. § 241.

Responsible Defendants: Knauf Santos Law PLLC, Karl Reinke, Seattle Police Department, Apple Inc., LinkedIn Corporation, International Business Machines Corporation (IBM), Misaka, Yahoo Inc., Space Exploration Technologies Corp. (SpaceX), Microsoft Corporation, OpenAI LLC, Anthropic PBC, Google LLC, Meta Platforms Inc., Amazon.com Inc., Snowflake Inc., Seattle Children's Hospital.

**Predicate Act 5** – Abuse of Process, Fraud Upon the Court, Deprivation of Parental Rights, Violation of WA "Keeping Families Together" Bill via Ex Parte (April 9, 2025, King County Superior Court)

Violates: 18 U.S.C. § 241 & § 242 (Deprivation of Rights), 18 U.S.C. § 1503 (Obstruction of Justice).

Responsible Defendants: Karl Reinke, Knauf Santos Law PLLC, King County Superior Court.

**Predicate Act 6** – False Arrest, False Imprisonment, Malicious Prosecution, Child Abduction/Kidnapping, Medical Neglect (April 25–26, 2025, Seattle Children's Hospital)

Violates: 18 U.S.C. § 1201 (Kidnapping), 18 U.S.C. § 241 & § 242.

Responsible Defendants: Karl Reinke, Seattle Children's Hospital, Knauf Santos Law PLLC, Seattle Police Department.

**Predicate Act 7** – Abuse of Process, Fraud Upon the Court, Ex Parte Custody Seizure (August 30, 2025, King County Superior Court)

Violates: 18 U.S.C. § 241 & § 242, 18 U.S.C. § 1503.

Responsible Defendants: Karl Reinke, Knauf Santos Law PLLC, King County Superior Court.

**Predicate Act 8** – Abuse of Process, Fraud Upon the Court, Denial of Access to Courts, Ignoring Default Judgment, Ultra Vires Proceedings (May 14, 2025 onward)

Violates: 18 U.S.C. § 1503 (Obstruction), 18 U.S.C. § 241 & § 242.

Responsible Defendants: King County Superior Court (via Judge Maureen McKee, Bailiff Regine Tugublimas, Judge Monica Cary, Linda Ridge, Family Court

Services Director Tracey White, King County Superior Court Administration, and Does), Knauf Santos Law PLLC, Karl Reinke.

**Predicate Act 9** – Obstruction of Justice, Denial of Federal Remedies (post-August 2025, WDWA/9th Circuit), Retaliation

Violates: 18 U.S.C. § 1503, 18 U.S.C. § 241.

Responsible Defendants: Judge Matthew J. Kacsmaryk (NDTX).

**Predicate Act 10** – Abuse of Process, Fraud Upon the Court, Attempted Illegal Arrest Setup via Ultra Vires Weapons Surrender Hearing (June 26, 2025)

Violates: 18 U.S.C. § 241 & § 242, 18 U.S.C. § 1503.

Responsible Defendants: King County Superior Court (Judge Monica Cary and Administration and Does).

**Predicate Act 11** – Obstruction of Access to Federal Court, Denial of Relief

Violates: 18 U.S.C. § 1503, 18 U.S.C. § 241.

Responsible Defendants: Judge Matthew J. Kacsmaryk.

**Predicate Act 12** – Abuse of Process, Laundering of Void Ultra Vires State Order into Article III Court, Fraud Upon the Court, Defamation, Denial of Access to Courts (July 9–18, 2025, NDTX)

Violates: 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1503, 18 U.S.C. § 241.

Responsible Defendants: Knauf Santos Law PLLC, Judge Matthew J. Kacsmaryk (NDTX), King County Superior Court (via Judge Monica Cary).

**Predicate Act 13** – Abuse of Process, Fraud Upon the Court, Writing and Transmitting Ultra Vires Void Vexatious Order

Violates: 18 U.S.C. § 1503, 18 U.S.C. § 241 & § 242.

Responsible Defendants: Knauf Santos Law PLLC, Karl Reinke, Monica Cary.

**Predicate Act 14** – Malicious Prosecution, False Charges, Abuse of Process, Retaliation by Named RICO Defendant, Excessive Bail, Ultra Vires Proceedings, Warrant Laundering into NCIC (September 3–23, 2025)

Violates: 18 U.S.C. § 241 & § 242, 18 U.S.C. § 1503, 18 U.S.C. § 875 (Interstate Threats).

Responsible Defendants: King County Prosecutors Office (via Leesa Manion), King County Superior Court (via Judge Monica Cary), Seattle Police Department, Knauf Santos Law PLLC, Karl Reinke.

**Predicate Act 15** – Abuse of Process, Conspiracy to Deprive Rights, Setup for Illegal Arrest via Public Defender Misconduct (post-September 2025)

Violates: 18 U.S.C. § 241 & § 242.

Responsible Defendants: Assigned public defender (King County).

**Predicate Act 16** – Excessive Force Threat, Official Misconduct, Intimidation/Retaliation via SWAT Self-Deployment and Out-of-Jurisdiction Acts (post-September 2025)

Violates: 18 U.S.C. § 242, 18 U.S.C. § 241.

Responsible Defendants: Seattle Police Department.

**Predicate Act 17** – Abuse of Process, Official Misconduct, Conspiracy to Deprive Rights, Direct Threats/Intimidation, Misuse of NCIC Database, False Warrant Claims (post-September 2025)

Violates: 18 U.S.C. § 1030 (CFAA), 18 U.S.C. § 241 & § 242, 18 U.S.C. § 875.

Responsible Defendants: Seattle Police Department.

**Predicate Act 18** – Defamation, False Light, Retaliation, Public Humiliation, Permanent Reputational Destruction via Media (March 22, 2025, Fox News Channel 13)

Violates: 18 U.S.C. § 241 (in furtherance of enterprise).

Responsible Defendants: Fox News Network LLC and David Rose.

**Predicate Act 19** – Fraud Upon the Court, Abuse of Process, Official Misconduct, Conspiracy to Deprive Rights, Threats and Coercion, Medical Neglect/Obstruction of Mandatory Reporter Evidence (September 2025, Family Court Services, Seattle Public Schools 2022 onward, Seattle Children's Hospital)

Violates: 18 U.S.C. § 1503, 18 U.S.C. § 241 & § 242.

Responsible Defendants: King County Superior Court (via Family Court Services Director Tracey White), Seattle Public Schools, Seattle Children's Hospital.

**Predicate Act 20** – Unauthorized Access to Computer, Wire Fraud, Interception of Communications, CFAA Violations, Retaliation Against Whistleblower (July 5, 2025 and ongoing)

Violates: 18 U.S.C. § 1030 (CFAA), 18 U.S.C. § 1343, 18 U.S.C. § 2511 (Wiretap Act).

Responsible Defendants: Microsoft Corporation, Lucas Meyer, Brad Smith.

**Predicate Act 21** – Continued Unauthorized Access, Physical Device Tampering, CFAA, Spoliation En Masse (post-July 5, 2025 and ongoing)

Violates: 18 U.S.C. § 1030 (CFAA), 18 U.S.C. § 1519 (Destruction/Alteration of Records).

Responsible Defendants: Microsoft Corporation, Lucas Meyer, Brad Smith, OpenAI LLC, Anthropic PBC, Google LLC, Meta Platforms Inc., Amazon.com Inc., Snowflake Inc.

**Predicate Act 22** – Conspiracy to Commit Wire Fraud, Privacy Deception, FTC Violations, Child Data Violations (ongoing via Snowflake AI Data Lake)

Violates: 18 U.S.C. § 1343, 18 U.S.C. § 1030, 18 U.S.C. § 241.

Responsible Defendants: Microsoft Corporation, OpenAI LLC, Anthropic PBC, Google LLC, Meta Platforms Inc., Amazon.com Inc., Snowflake Inc., LinkedIn Corporation, Apple Inc.

**Predicate Act 23** – Federal Witness Intimidation, Retaliation, Stalking, Threatening a Minor (ongoing 15-minute RR location pings)

Violates: 18 U.S.C. § 1512, 18 U.S.C. § 2261A (Stalking), 18 U.S.C. § 875.

Responsible Defendants: Microsoft Corporation, Lucas Meyer, OpenAI LLC, Anthropic PBC, Google LLC, Meta Platforms Inc., Amazon.com Inc., Snowflake Inc. (all corporate surveillance defendants).

**Predicate Act 24** – Bad Faith Insurance Denial, Wire Fraud, Obstruction of Justice, Extortion by Omission (June 2025, Travellers Indemnity)

Violates: 18 U.S.C. § 1343, 18 U.S.C. § 1951 (Extortion).

Responsible Defendants: The Travelers Indemnity Company.

**Predicate Act 25** – Fraud Upon the Court, Unauthorized Practice, Fraudulent Removal, Obstruction of Justice (Track 3 law-firm filings)

Violates: 18 U.S.C. § 1503, 18 U.S.C. § 241.

Responsible Defendants: Perkins Coie LLP, Gordon Rees Scully Mansukhani LLP, Orrick Herrington & Sutcliffe LLP, City of Seattle Attorney's Office (via Dallas LePierre).

**Predicate Act 26** – Abuse of Process, Fraud Upon the Court, Filing in No-Jurisdiction Court (Track 3 King County filings)

Violates: 18 U.S.C. § 1503, 18 U.S.C. § 241.

Responsible Defendants: Davis Wright Tremaine LLP, Wilson Sonsini Goodrich & Rosati LLP, Betts Patterson & Mines P.S.

**Predicate Act 27** – Defamation / Personal Attacks by Judicial Actor in Furtherance of Enterprise (Chief Judge Stanley Bastian)

Violates: 18 U.S.C. § 241.

Responsible Defendants: Eastern District of Washington (via Chief Judge Stanley Bastian) acting in furtherance of the enterprise.

**Predicate Act 28** – Aggravated Kidnapping, International Parental Kidnapping, RICO Conspiracy, Hague Convention Violations (Reinke family members)

Violates: 18 U.S.C. § 1201 (Kidnapping), 18 U.S.C. § 241.

Responsible Defendants: Karin Young, Jill Irvine, Judy Roller, Karl Reinke.

**Predicate Act 29** – Material Assistance to Illegal Eviction, Wire Fraud, Conspiracy (Evelyn Johnson & Craig Stahl)

Violates: 18 U.S.C. § 1343, 18 U.S.C. § 241.

Responsible Defendants: Evelyn Johnson, Craig Stahl.

**Predicate Act 30** – Torture – Severe Mental and Physical Pain Inflicted on RR (12-year-old child), Plaintiff, Spouse, and Daughter Johnson (ongoing)

Violates: 18 U.S.C. § 241 & § 242 (Conspiracy Against Rights / Deprivation Under Color of Law), 18 U.S.C. § 1201 (Kidnapping with torture enhancement).

Constant surveillance (15-minute location pings, physical disk-level phone rewriting, cross-LLM metadata exposure), denial of medical care (untreated conditions for Plaintiff and spouse, forced separation of RR from proper treatment), forcing RR to live with his known abuser while believing his mother is in jail, loss of all housing, income, and family support, and deliberate infliction of severe mental anguish and physical suffering through the enterprise's coordinated acts.

Responsible Defendants: All defendants across all four Tracks (enterprise-wide).

**Predicate Act 31** – Conspiracy to Inflict Torture and Deprive Rights Through Enterprise-Wide Pattern (all defendants, all Tracks)

Violates: 18 U.S.C. § 241 (Conspiracy Against Rights), 18 U.S.C. § 242 (Deprivation of Rights Under Color of Law), 18 U.S.C. § 1201.

Responsible Defendants: All defendants (enterprise-wide conspiracy).

All acts form a continuous, related pattern of racketeering activity under 18 U.S.C. § 1961(1) aimed at the single objective of the enterprise.

These predicate acts, while already constituting a pattern of racketeering activity under 18 U.S.C. § 1961(1), are expected to expand significantly upon completion of discovery as additional evidence of the enterprise's coordinated violations is uncovered.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

A. Actual, compensatory, and consequential damages in an amount to be proven at summary judgement or trial.

B. For publicly traded defendants, Plaintiff and her family request that the Court use market capitalization as of the close of business on May 5, 2026 (the day this case arrived in this Court) as the measure for the monetary component of the award;

C) . The statutory amount of this case will be astronomical. Because damages are based on discovery and cannot be fully estimated at this time, pre-discovery crimes already establish damages exceeding $1 Billion after trebling under RICO;

D. That one-half of all monetary damages recovered be paid directly into the RR Charitable Fund (a Puerto Rico-based 501(c)(3) or equivalent charity vehicle) for long-term investment in the territory and other U.S. territories and communities, including desalination and potable-water infrastructure, seawalls, grid hardening for storm preparedness, and plans to staff and run the 501(c)(3) from Puerto Rico, creating hundreds of jobs due to Puerto Rico's high level of technical talent in order to stop brain drain and keep the money in the community. These remedies will also be provided to other U.S. territories through the Fund, as well as indigenous populations and the most needy states;

E. Punitive damages where permitted;

F. Attorney fees, costs, and expenses under RICO and applicable law;

G. Pre- and post-judgment interest;

H. Such other and further relief as the Court deems just and proper.

This is not a ploy to become the world's most wealthy RICO victims. The actions of these actors have already caused massive financial damages. The RR Charitable Fund will turn technical tyranny into dignity and sovereignty.

Dated: May 7, 2026

Respectfully submitted,

*Carolynn Comstock*

Carolynn Comstock


Plaintiff


VERIFICATION


I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.


Executed on May 7, 2026.

*Carolynn Comstock*

Carolynn Comstock